UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61966-CIV-ROSENBAUM/WHITE

JAMES ALEXANDER CARTER,

        Plaintiff,

vs.

DR. JACKSON, Medical Director, Armor Correctional
Health Services, Inc.,

        Defendant.
_____/

## ORDER

This matter is before the Court upon Plaintiff James Alexander Carter's Reply to Magistrate Judge Corrected Report to Motion for Summary Judg[]ment for Defendant Dr. Rosemary Jackson [D.E. 51] and Objections to Magistrate Judge's Second Corrected Report [D.E. 52]. Previously, upon referral, the Honorable Patrick A. White had filed Reports and Recommendations recommending that Defendant Dr. Rosemary Jackson's Motion for Summary Judgment be granted [D.E. 38] and that Plaintiff James Alexander Carter's Motion for Leave to File an Amended Complaint be denied [D.E. 46]. These Reports and Recommendations advised Plaintiff that he had fourteen days to file objections to them. When the Court did not receive Plaintiff's objections within the appointed period, the Court reviewed and then adopted the Reports and Recommendations at issue.

Although Plaintiff's objections did not arrive at the Court within the period set forth by the Reports and Recommendations to which they respond, it is clear from the "RECEIVED" dates

stamped on each of the documents by the Dade Correctional Institution that the documents were timely mailed.  Therefore, the Court considers anew the Reports and Recommendations at issue [D.E. 38, D.E. 46], in light of Plaintiff's objections.

Once again, the Court has conducted a *de novo* review of Judge White's Reports and Recommendations and the record and is otherwise fully advised in the premises.  Despite careful consideration of Plaintiff's objections, the Court again finds the Reports and Recommendations to be well reasoned and correct.  The Court continues to agree with the analysis in Judge White's Reports and Recommendations and concludes that summary judgment must be granted for Defendant Dr. Jackson, and Plaintiff's Motion for Leave to File an Amended Complaint must be denied.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge White's Reports and Recommendations [D.E. 38; D.E. 46] are hereby **AFFIRMED and ADOPTED**;

2. Defendant Dr. Jackson's Motion for Summary Judgment [D.E. 26] is **GRANTED**, and final judgment shall be entered by separate order, pursuant to Rule 58, Fed. R. Civ. P.; and

3. Plaintiff's Motion to File an Amended Complaint [D.E. 43] is **DENIED**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 2nd day of January 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Patrick A. White

Counsel of Record

James Alexander Carter, *pro se*
DC# 187101
Dade C.I.
19000 S.W. 377th Street
Florida City, Florida 33034